**Order entered June 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00264-CV

**THE STATE OF TEXAS, Appellant**

**V.**

**ENERGY TRANSFER FUEL, LP, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00545-2016**

## ORDER
Before Chief Justice Wright, Justice Evans, and Justice Brown

Before the Court is appellant's motion to abate or stay appeal. After reviewing the motion, appellee's response, and appellant's reply, we **GRANT** the motion. We **ABATE** this appeal pending this Court's determination of appellant's petition for writ of mandamus. This appeal will remain abated until further order of this Court.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE